**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03469

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly situated,

                Plaintiffs,

   v.

FRONTIER AIRLINES, INC.,

                Defendant.

_____

**NOTICE OF RELATED CASE**
_____

PLEASE TAKE NOTICE, pursuant to D.C.COLO.LCivR 3.2, of related case Civil Action No. 19-cv-03468, *Randi Freyer, et al. v. Frontier Airlines, Inc.* That case involves common defendant Frontier Airlines, Inc., as well as common claims under Title VII of the 1964 Civil Rights Act, 42 U.S.C. §2000e.

Respectfully submitted this 10th day of December 2019.

                *s/ Sara R. Neel*

                _____
                Sara R. Neel
                Mark Silverstein
                ACLU Foundation of Colorado
                303 East 17th Avenue, Suite 350
                Denver, Colorado  80203
                Phone: 720-402-3107
                Fax: 303-777-1773
                Email: sneel@aclu-co.org
                Email: msilverstein@aclu-co.org

Galen Sherwin
Women's Rights Project of the Amer
125 Broad St., New York, NY 10004
Phone: 212-519-7819
Email: gsherwin@aclu.org

Vincent Levy
Jayme Jonat
Lani Perlman
HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE AMERICAN
CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, NY 10019
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
Email: jjonat@hsgllp.com
Email: lperlman@hsgllp.com

Juno Turner
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Phone: 720-295-8846
Email: juno@towardsjustice.org

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2019, I electronically filed the foregoing **NOTICE OF RELATED CASE** with the Clerk of the Court using the CM/ECF system.

*s/ Justine Gutierrez*
_____
Justine Gutierrez
Legal Assistant