IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03469

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly situated,

                Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

                Defendant.

**ENTRY OF APPEARANCE FOR VINCENT LEVY**

Vincent Levy of HOLWELL SHUSTER & GOLDBERGER, LLP, a duly licensed attorney in the State of Colorado, hereby enters his appearance on behalf of Plaintiffs.

Respectfully submitted this 10th day of December 2019.

                *s/ Vincent Levy*
                _____
                Vincent Levy
                HOLWELL SHUSTER & GOLDBERG LLP
                IN COOPERATION WITH THE AMERICAN
                CIVIL LIBERTIES UNION
                425 Lexington Avenue, 14th Floor
                New York, NY 10019
                Phone: 646-837-5151
                Fax: 646-837-5150
                Email: vlevy@hsgllp.com

                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR VINCENT LEVY** with the Clerk of the Court using the CM/ECF system.

*s/ Vincent Levy*
_____

2