IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03469

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly situated,

                  Plaintiffs,

   v.

FRONTIER AIRLINES, INC.,

                  Defendant.

### ENTRY OF APPEARANCE FOR LANI PERLMAN

Lani Perlman of HOLWELL SCHUSTER & GOLDBERGER, LLP, a duly licensed attorney in the State of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 10th day of December 2019.

                  *s/ Lani Perlman*
                  _____
                  Lani Perlman
                  HOLWELL SHUSTER & GOLDBERG LLP
                  IN COOPERATION WITH THE AMERICAN
                  CIVIL LIBERTIES UNION
                  425 Lexington Avenue, 14th Floor
                  New York, NY 10019
                  Phone: 646-837-5151
                  Fax: 646-837-5150
                  Email: lperlman@hsgllp.com

                  **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 10, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR LANI PERLMAN** with the Clerk of the Court using the CM/ECF system.

         *s/ Lani Perlman*
         _____