**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03469

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly situated,

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

___

**ENTRY OF APPEARANCE FOR GALEN SHERWIN**
___

Galen Sherwin of the WOMEN'S RIGHTS PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION, a duly licensed attorney in the State of New York and admitted to the U.S. District Court for the District of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 10th day of December 2019.

        *s/ Galen Sherwin*
        _____
        Galen Sherwin
        AMERICAN CIVIL LIBERTIES UNION FOUNDATION
        WOMEN'S RIGHTS PROJECT
        125 Broad Street, 18th Floor
        New York, New York 10004
        Phone: 212-519-7819
        Email: gsherwin@aclu.org

        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR GALEN SHERWIN** with the Clerk of the Court using the CM/ECF system.

*s/ Galen Sherwin*
_____

2