IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-NRN

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

Defendant.

## ORDER OF RECUSAL

**N. REID NEUREITER**
**United States Magistrate Judge**

This matter is before Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states, "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Due to my prior relationship with the American Civil Liberties Union Foundation of Colorado ("ACLU"), which includes serving as a cooperating attorney on cases initiated by the ACLU, I believe that, for a period of time, my impartiality might reasonably be

questioned if I were to sit on matters where the ACLU represents a party. There will come a time when this is no longer the case, likely after I have spent two years on the bench, but that time has not yet come. Accordingly, I recuse from this matter.

It is ORDERED that I recuse myself from any further service in this matter. It is further ORDERED that the Clerk of Court cause this case to be reassigned to another Magistrate Judge.

Dated this 11th day of December, 2019.

BY THE COURT

*N. Reid Neureiter*

N. Reid Neureiter
United States Magistrate Judge