## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly situated,

                Plaintiffs,

  v.

FRONTIER AIRLINES, INC.,

                Defendant.

___

### ENTRY OF APPEARANCE FOR JUNO TURNER
___

Juno Turner of TOWARDS JUSTICE, an attorney duly admitted to practice in this district, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 12th day of December 2019.

                *s/ Juno Turner*
                _____
                Juno Turner
                Towards Justice
                1410 High Street, Suite 300
                Denver, CO 80218
                Phone: 720-295-8846
                Email: juno@towardsjustice.org

                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 12, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR JUNO TURNER** with the Clerk of the Court using the CM/ECF system.

            *s/ Juno Turner*
            _____
            Juno Turner