**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly situated,

                     Plaintiffs,

    v.

FRONTIER AIRLINES, INC.,

Defendant.

---

### ENTRY OF APPEARANCE FOR MARK SILVERSTEIN

Mark Silverstein of the American Civil Liberties Union Foundation of Colorado, an attorney duly admitted to practice in this district, hereby enters his appearance on behalf of Plaintiffs.

Respectfully submitted this 17th day of December 2019.

                                                          *s/ Mark Silverstein*

                                                          Mark Silverstein, Legal Director
                                                          American Civil Liberties Union
                                                          Foundation of Colorado
                                                          303 E. 17th Ave., Suite 350
                                                          Denver, CO 80203-1256
                                                          Telephone: (303) 720-402-3114
                                                          Fax: (303) 777-1773
                                                          msilverstein@aclu-co.org

                                                          **ATTORNEY FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR MARK SILVERSTEIN** with the Clerk of the Court using the CM/ECF system.

                                        *s/ Justine Gutierrez*
                                        _____
                                        Justine Gutierrez, Legal Assistant