IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.

      Defendant.

## JOINT MOTION TO RESET SCHEDULING CONFERENCE AND EXTEND PRE-CONFERENCE DEADLINES

The Parties, through their undersigned attorneys, hereby move to reset the Scheduling Conference currently scheduled for February 10, 2020, at 1:30 p.m., and to extend certain pre-conference deadlines. In support of the Motion, the Parties state as follows:

1. Plaintiffs filed this action on December 10, 2019. [Dkt. No. 1] Under the waiver of service rules, Defendant's responsive pleading is currently due February 10, 2020.

2. On December 11, 2019, the Court entered a Minute Order setting a Scheduling Conference for February 10, 2020, at 1:30 p.m. [Dkt. No. 14]

3. The Order further set the following related deadlines:

    a. January 20, 2020 – Rule 26(f) Conferral

    b. February 3, 2020 – Submission of Proposed Scheduling Order

4. On December 11, 2019, the Court entered a separate Order setting a deadline of February 3, 2020 for the Parties to indicate whether or not they would consent to United States

Magistrate Jurisdiction. [Dkt. No. 8-1]

5. In accordance with the Order, the Parties began conferring under Rule 26(f) on January 16, 2020. Through that conferral, the Parties explored the possibility of engaging in alternative dispute resolution.

6. The Parties determined that they would like to conduct a settlement conference with the Court, and are in the process of seeking the Court's guidance concerning the procedural logistics of conducting a global settlement conference in both this case and a related case, *Freyer v. Frontier Airlines*, no: 1:19-cv-03468.

7. In order to conserve resources while the Parties explore alternative dispute resolution, the Parties request that the Court reset the current Scheduling Conference, and adjust the pending deadlines for submission of a proposed scheduling order and consent to a date five business days prior to the new Scheduling Conference date. With respect to the responsive pleading deadline, the Parties request that the new deadline be set for a date five business days prior to the new Scheduling Conference date, or March 11, 2020 (thirty days from the original deadline), whichever is sooner.

8. Under Local Rule 6.1(b), the Parties state that this is the first extension that they have sought with respect to the above-referenced deadlines.

9. Under Local Rule 6.1(c), counsel for the Parties certify that they are serving a copy of this Motion on their respective clients.

Dated this 3rd day of February, 2020

Respectfully submitted,

/s/ Danielle L. Kitson
Danielle L. Kitson
Erin A. Webber
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
ATTORNEYS FOR DEFENDANT

/s/ Galen Leigh Sherwin
Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street
18th Floor
New York, NY 10004
212-519-7819

Jayme Jonat
Lani A. Perlman
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
14th Floor
New York, NY 10017
646-837-5151

Juno E. Turner
Towards Justice-Denver
1410 High Street
Suite 300
Denver, CO 80218
720-441-2236

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street
Suite 350
Denver, CO 80203
303-777-5482
ATTORNEYS FOR PLAINTIFFS