IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2020**.

    At the request of the parties, the Court will hold a Status Conference on **February 10, 2020**, at **1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Counsel for the parties shall appear at the conference by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.