IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-3469-RM-MEH | Date:   February 10, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR:   A 501 |

*Parties:*                                                                                      *Counsel:*

MELISSA HODGKINS,                                                   Galen Sherwin by phone
STACY REWITZER,                                                         Sara Neel by phone
RENEE SCHWARTZKOPF,
HEATHER CROWE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,                                         Danielle Kitson by phone

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     1:30 p.m.

Court calls case.   Appearances of counsel phone.   Parties update the Court on the current status of the case.

Discussion held regarding settlement and the related case in front of Judge Arguello.   The Court offers March 18, 20, 23, 30, and April 1, 3 of 2020 as potential mediation dates.

**The parties shall email chambers at Hegarty_Chambers@cod.uscourts.gov when they have agreed upon a date for mediation.**

**Court in recess:**     **1:39 p.m.**     Hearing concluded.
Total in-court time:     0:09

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.