IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.

        Defendant.

---

## JOINT MOTION TO RESET SCHEDULING CONFERENCE AND DEADLINES

The parties, through their undersigned attorneys, hereby move to reset the Scheduling Conference currently scheduled for March 19, 2020, as well as all current deadlines, pending the parties' Settlement Conference scheduled for May 13, 2020.  In support of the Motion, the parties state as follows:

1.      Plaintiffs filed this action on December 10, 2019.  [ECF No. 1]

2.      Defendant's responsive pleading is currently due March 11, 2020. [ECF No. 23]

3.      The parties are required to confer under Rule 26(f) on or before March 11, 2020. [ECF No. 23]

4.      The parties are required to submit a proposed Scheduling Order on or before March 12, 2020.  [ECF No. 23]

5.      The parties currently have a Scheduling Conference with the Court set for March 19, 2020. [ECF No. 23]

6. On February 28, 2020, at the parties' request, the Court entered an Order setting a Settlement Conference for May 13, 2020. [ECF No. 26]

7. In the interest of judicial economy, and to allow the parties and the Court to conserve resources and prepare for the Settlement Conference, the parties respectfully request that the Court take the Scheduling Conference date off calendar, as well as all other related deadlines, including those listed above.

8. The parties would propose that they submit a status report to the Court within five business days of the Settlement Conference, and that the Court accordingly reset all deadlines if and as needed after receipt of the status report.

9. Under Local Rule 6.1(b), the parties state that this is the second extension that they have sought with respect to the above-referenced deadlines.

10. Under Local Rule 6.1(c), counsel for the parties certify that they are serving a copy of this Motion on their respective clients.

Respectfully submitted,                          Dated this 9th day of March 2020.


_s/ Galen Leigh Sherwin_                          _s/ Danielle L. Kitson_
Galen Leigh Sherwin                               Danielle L. Kitson
ACLU Women's Rights Project                       1900 Sixteenth Street, Suite 800
125 Broad Street, 18th Floor                      Denver, CO  80202
New York, NY 10004                                Telephone: 303.629.6200
212-519-7819                                      Facsimile:  303.629.0200
                                                  dkitson@littler.com
Jayme Jonat
Lani A. Perlman                                   Attorney for Defendant Frontier Airlines,
Vincent Gregory Levy                              Inc.
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Juno E. Turner
Towards Justice-Denver
1410 High Street, Suite 300
Denver, CO 80218
720-441-2236

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Attorneys for Plaintiffs


4814-6749-3046.1 057446.1009