IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2020**.

    For good cause shown, the Joint Motion to Reset Scheduling Conference and Deadlines [filed March 9, 2020; ECF 27] is **granted** as follows. The Scheduling Conference currently set for March 19, 2020 and all deadlines related to the conference are **vacated**. In addition, the deadline for filing an answer or other response to the operative pleading is vacated. The parties shall file a joint status report within five days after the May 13, 2020 settlement conference informing the Court whether the deadlines and conference date should be reset in this case.