# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: May 14, 2020

RE: *Hodgkins v. Frontier,* **19-cv-03469-RM-MEH**

  __X__   A settlement conference was held on May 14, 2020. No settlement was reached as to any claims in this action, but the Court will continue to work with the parties and has set a continuing conference for June 4, 2020.

_____ A settlement conference was held on this date, and the parties reached a settlement agreement as to

      _____ All claims in this action. Dismissal papers shall be filed by May __, 2020.

      _____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before May __, 2020.

Settlement discussions and preparation time involved:  __7.25 hours__  .

_____ A record was made     __X__ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____ Supplemental settlement proceedings were held in the above-captioned case, including phone calls and emails.

Preparation, negotiation and travel time involved: __ hours __ minutes.