IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:19-cv-03469</u>

MELISSA HODGKINS, STACY REWITZER,
RENEE SCHWARTZKOPF,
and HEATHER CROWE,

         Plaintiffs,

  -against-

FRONTIER AIRLINES, INC.,

         Defendant.

---

### MOTION OF LANI A. PERLMAN TO WITHDRAW AS COUNSEL

---

  PURSUANT TO District of Colorado Local Civil Rule 7.1, Local Attorney Rule 5(b), and upon the accompanying Declaration of Lani A. Perlman in support, undersigned counsel hereby moves for an Order granting permission to withdraw as counsel for Plaintiffs in the above-captioned case.  Attorneys at Holwell Shuster & Goldberg LLP and co-counsel American Civil Liberties Union-Denver, ACLU Women's Rights Project, and Towards Justice Denver, will continue to represent Plaintiffs in this action.

Dated at: New York, New York, this 27th day of May 2020.

                 <u>s/Lani A. Perlman</u>
                 Lani A. Perlman
                 McKinsey & Company
                 711 Third Avenue, 4th Fl
                 New York, NY 10017
                 212-446-7000