IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03469

MELISSA HODGKINS, STACY REWITZER,
RENEE SCHWARTZKOPF,
and HEATHER CROWE,

        Plaintiffs,

-against-

FRONTIER AIRLINES, INC.,

        Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that I served true and correct copies of the Motion of Lani A. Perlman to Withdraw as Counsel for Plaintiffs and the Declaration of Lani A. Perlman in Support, upon all parties of record in this action by filing the above-listed documents on the Court's CM/ECF system. In addition, I have e-mailed copies to the individual Plaintiffs named in this action at the e-mail addresses they have provided.

Dated at: New York, New York, this 27th day of May 2020.

                                            s/Lani A. Perlman
                                            Lani A. Perlman
                                            McKinsey & Company
                                            711 Third Avenue, 4th Fl
                                            New York, NY 10017
                                            212-446-7000