IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 28, 2020.**

    For good cause shown, the Motion of Lani A. Perlman to Withdraw as Counsel [filed May 27, 2020; ECF 32] is **granted**. Ms. Perlman's representation of Plaintiffs in this case is terminated. Plaintiffs will continue to be represented by counsel of record.