# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: June 29, 2020

RE: *Hodgkins v. Frontier,* **19-cv-03469-RM-MEH**

  __X__    A continued settlement conference was held on June 4, 2020. No settlement was reached as to any claims in this action, but the Court will continue to work with the parties and has set a continuing conference for July 15, 2020.

  ____    A settlement conference was held on this date, and the parties reached a settlement agreement as to

      ____    All claims in this action. Dismissal papers shall be filed by May __, 2020.

      ____    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before May __, 2020.

Settlement discussions and preparation time involved:  __6 hours__ .

____ A record was made          __X__ No record was made

* * * * * * * * * * * * * * * *

  ____    Supplemental settlement proceedings were held in the above-captioned case, including phone calls and emails.

Preparation, negotiation and travel time involved: __ hours __ minutes.