**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: July 21, 2020

RE: *Hodgkins v. Frontier,* **19-cv-03469-RM-MEH**

  ____ A settlement conference was held on this date. No settlement was reached as to any claims in this action, but the Court will continue to work with the parties.

  ____ A settlement conference was held on this date, and the parties reached a settlement agreement as to

    ____ All claims in this action. Dismissal papers shall be filed by _____, 2020.

    ____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____, 2020.

Settlement discussions and preparation time involved: _____.

____ A record was made      ____ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

 **X**  Supplemental settlement proceedings were held in the above-captioned case, including a video conference, phone calls, and emails.

Preparation, negotiation and travel time involved: **4** hours ___ minutes.