IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2020**.

At the parties' request, the Court will hold a continued settlement conference in this case on **September 24, 2020 at 10:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Counsel and the parties may appear either in person or by video conference; if the former, all persons must comply with General Order 2020-14 governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. If the latter, the parties shall provide the Court with links to their previously arranged video conferences.

The parties are not required to provide position statements but shall submit any information and/or documents they believe may assist the Court in this matter on or before September 21, 2020 to hegarty_chambers@cod.uscourts.gov.