**MINUTE ENTRY FOR SETTLEMENT**

| | |
|---|---|
| TO: | Docketing |
| FROM: | Magistrate Judge Michael E. Hegarty |
| DATE: | September 24, 2020 |
| RE: | *Hodgkins v. Frontier,* **19-cv-03469-RM-MEH** |

    \_\_\_    A settlement conference was held on this date. No settlement was reached as to any claims in this action, but the Court will continue to work with the parties.

    \_\_\_    A settlement conference was held on this date, and the parties reached a settlement agreement as to

        \_\_\_    All claims in this action. Dismissal papers shall be filed by _____, 2020.

        \_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____, 2020.

Settlement discussions and preparation time involved: \_\_\_\_\_.

\_\_\_ A record was made    \_\_\_ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  **X**  Supplemental settlement proceedings were held in the above-captioned case, including a video conference and emails.

Preparation, negotiation and travel time involved: **3** hours \_\_ minutes.