IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.

       Defendant.

## ENTRY OF APPEARANCE

Please take notice that Stephen E. Baumann II, of the law firm Littler Mendelson, P.C., enters his appearance on behalf of Defendant Frontier Airlines, Inc.  Mr. Baumann certifies that he is a member in good standing of the bar of this Court.

Dated this 19th day of October, 2020

       Respectfully submitted,

*s/ Stephen E. Baumann II*
Stephen E. Baumann II
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
Sbaumann@littler.com

*Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY  10004
gsherwin@aclu.org

*Attorneys for Plaintiffs*

Jayme Jonat, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY  10017
jjonat@hsgllp.com
Vlevy@hsgllp.com

*Attorneys for Plaintiffs*

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO  80203
msilverstein@aclu-co.org
sneel@aclu-co.org

*Attorneys for Plaintiffs*

 

*s/Arlene Aguilar*
Arlene Aguilar