IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03469

MELISSA HODGKINS,
STACY REWITZER,
RENEE SCHWARTZKOPF, and
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly situated,

       Plaintiffs,

 v.

FRONTIER AIRLINES, INC.,

       Defendant.

---

## ENTRY OF APPEARANCE FOR
## KAREN A. SEBASKI

---

 Karen A. Sebaski of HOLWELL SHUSTER & GOLDBERG LLP, a duly licensed attorney in the State of Colorado, hereby enters her appearance on behalf of Plaintiffs.

 Respectfully submitted this 2nd day of November 2020.

               *s/* Karen A. Sebaski
               Karen A. Sebaski
               HOLWELL SHUSTER & GOLDBERG LLP
               IN COOPERATION WITH THE
               AMERICAN CIVIL LIBERTIES UNION
               425 Lexington Avenue, 14th Floor
               New York, NY 10017
               Phone: 646-837-5151
               Fax: 646-837-5150
               Email: ksebaski@hsgllp.com

               **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR KAREN A. SEBASKI** with the Clerk of the Court using the CM/ECF system.

<u>s/Karen A. Sebaski</u>