IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No: 19-cv-3469-RM-MEH | | Date: November 5, 2020 |
| Courtroom Deputy: Christopher Thompson | | FTR: Courtroom A 501 |

*Parties:*  *Counsel:*

MELISSA HODGKINS, et al.,            Jayme Jonat
                                                        Sara Neel
                                                        Galen Sherwin
                                                        Juno Turner

     Plaintiff,

v.

FRONTIER AIRLINES, INC.,            Danielle Kitson
                                                        Stephen Baumann

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**   10:07 a.m.

Court calls case.   Appearances of counsel by telephone.

Discussion held regarding the current status of the case.   The Parties and the Court review the Joint Proposed Scheduling Order.   The Court requests all parties to join by Video Teleconference and will resume this hearing at a later time.

**Court in recess:**   10:40 a.m.
**Court in session:**   11:29 a.m.

Discussion held regarding the discovery process moving forward in the case.   The Parties and the Court confer on the possibility of having multiple phases of the discovery period.   The Parties agree to work on a Joint Proposed Scheduling Order, which includes the changes discussed on the record, by **Monday, November 9, 2020**.   The Court will set a separate status conference to check in with the Parties regarding the status of the discovery.

The Court and the Parties engage in informal discussions regarding the possibility and details of a settlement off the record.

**ORDERED:** Status Conference set for **February 25, 2021 at 1:00 p.m.** before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse. Parties may appear by telephone by calling the Court's conference line at **888-278-0296** and enter guest code **8212991#**.

**Court in recess:** 12:08 p.m.     **(Hearing concluded)**
**Total time in Court: 01:12**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.