IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

**DEFENDANT FRONTIER AIRLINES, INC.'S UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE LIMITATION ON DEFENDANT'S MOTION TO DISMISS BY TWO PAGES**

Defendant Frontier Airlines, Inc. ("Frontier") moves, **unopposed**, to exceed the Court's page limitation in its forthcoming Motion to Dismiss by two (2) pages. In support, Frontier states as follows:

**CONFERRAL**

Counsel for Frontier has conferred with counsel for Plaintiffs, who do not oppose the relief requested in this Motion.

**MOTION TO EXCEED PAGE LIMITATIONS**

1. On December 10, 2019, Plaintiffs filed their Complaint and Jury Demand (the "Complaint") [ECF No. 1].

2. Frontier will timely file a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) November 19, 2020. *See* Joint Scheduling Order, ¶ 11.a. [ECF No. 46].

3. Pursuant to this Court's practice standards, motions to dismiss are limited to twenty (20) pages. *See* Civ. Practice Standard IV.C.1.

4. Frontier has diligently attempted to abide by the Court's twenty-page limitation while also providing sufficient discussion of the law and facts to demonstrate that the Court lacks subject matter jurisdiction over Plaintiffs' claims pursuant to Rule 12(b)(1), and to sustain its burden of demonstrating that Plaintiffs' Complaint fails to state claims upon which relief may be granted pursuant to Rule 12(b)(6). However, Frontier has found the task particularly challenging given the length of Plaintiffs' Complaint, the number of plaintiffs and putative class action allegations asserted, the number of facts and claims alleged, and the complexity of the claims and defenses at issue.

5. Plaintiffs' Complaint totals sixty-seven (67) pages and is comprised of 301 separately numbered paragraphs. *See* Compl. The Complaint asserts sixteen (16) separate claims on behalf of four (4) individual plaintiffs, both individually and as representatives of two separate putative classes under Federal Rule of Civil Procedure 23. *See id.*

6. Among other things, Plaintiffs' Complaint reveals their lack of standing to proceed, issues of preemption in a highly regulated field of airline services, issues of time-barred claims for certain claims by certain Plaintiffs, and numerous other complex legal and factual issues.

7. Frontier has diligently attempted to address all of these issues, and several more, within the Court's twenty-page limitation. Unfortunately, however, despite Frontier's best efforts, its Motion to Dismiss stands at twenty-one (21) pages and eleven (11) lines, including the signature block. *See* Civ. Practice Standard IV.C.1.

8. For these reasons, Frontier respectfully requests leave to exceed the Court's page limitation, and to file a Motion to Dismiss that is no longer than twenty-two (22) pages.

Dated this 19th day of November, 2020.

Respectfully submitted,

*s/Stephen E. Baumann II*
Stephen E. Baumann II
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
Email:  sbaumann@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2020, I electronically filed the foregoing **DEFENDANT FRONTIER AIRLINES, INC.'S UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE LIMITATION ON DEFENDANT'S MOTION TO DISMISS BY TWO PAGES** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY  10004
gsherwin@aclu.org

*Attorneys for Plaintiffs*

Jayme Jonat, Esq.
Karen Sebaski, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY  10017
jjonat@hsgllp.com
ksebaski@hsgllp.com
Vlevy@hsgllp.com

*Attorneys for Plaintiffs*

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO  80203
msilverstein@aclu-co.org
sneel@aclu-co.org

*Attorneys for Plaintiffs*

                                        *s/Arlene Aguilar*
                                        Arlene Aguilar