IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.

      Defendant.

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS**

Plaintiffs and Defendant, through their undersigned attorneys, hereby submit this Joint Motion for an Extension of Time to File their Response and Reply Briefs to Defendant's Motion to Dismiss [DE 49], and state as follows:

1. This case was filed on December 10, 2019. Pursuant to this Court's scheduling order [DE 46], Defendant filed its Motion to Dismiss on November 19, 2020 [DE 49], along with an unopposed motion to exceed page limitations and file a brief of up to 22 pages. [DE 47.] The Court granted Defendant's unopposed motion to exceed page limitations. [DE 48.]

2. Under District of Colorado Local Rule 7.1(d), Plaintiffs' response brief is currently due on December 10, 2020, and Defendant's deadline to file a reply brief is December 24, 2020.

3. Plaintiffs respectfully seek a two-week extension of time to respond, until December 24, 2020, and Defendant respectfully seeks a two-week extension of time to reply, until January 21, 2020. These extensions are not sought for purposes of delay but for good cause.

Specifically, the additional time is necessary to afford counsel sufficient time to respond given the number and complexity of the defenses raised in Defendant's brief [DE 49], and in light of competing deadlines on counsel's calendars. The additional time for Defendant is necessary given the holidays that fall within the briefing schedule and unavailability of counsel and the anticipated complexity of the arguments raised by Plaintiffs in response to Defendant's Motion.

4. Accordingly, Plaintiffs and Defendant request that this Court grant their Motion and enter an order permitting Plaintiffs to file their response brief on December 24, 2020, and Defendant to file its reply brief on January 21, 2020.

5. Pursuant to Local Rule 6.1, the undersigned counsel certify that this is Plaintiffs' and Defendant's first request for an extension of the briefing schedule on the instant motion, and that they are serving a copy of this motion on their clients.

Respectfully submitted this 3rd day of December, 2020.

/s/ Galen Leigh Sherwin
Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-519-7819
Email: gsherwin@aclu.org

Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Telephone: 303-777-5482
Email: sneel@aclu-co.org

*Attorneys for Plaintiffs*

s/ Jayme Jonat
Jayme Jonat
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Telephone: 646-837-5151
Email: jjonat@hsgllp.com

*/s/ Stephen E. Baumann II*
Stephen E. Baumann II
Littler Mendelson P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: sbaumann@littler.com

*Attorney for Defendant*

2