IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS**

This matter comes before the Court on the Parties' Joint Motion for Extension of Time to File Response and Reply Briefs. The Court, having reviewed the Motion, and being duly advised in the premises, finds good cause shown for granting the Motion.

Therefore, it is hereby ORDERED that Plaintiffs are permitted to file their Response to Defendant's Motion to Dismiss on December 24, 2020, and Defendant is permitted to file its reply brief on January 21, 2020.

SO ORDERED this ___ day of December 2020.

                                                              UNITED STATES DISTRICT JUDGE
                                                              RAYMOND P. MOORE