**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

              Plaintiffs,

v.

FRONTIER AIRLINES, INC.

              Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

---

Plaintiffs, through their undersigned attorneys, hereby submit this Unopposed Motion to Exceed Page Limitations for their Response to Defendant's Motion to Dismiss [DE 49], and state as follows:

1.      This case was filed on December 10, 2019. Pursuant to this Court's scheduling order [DE 46], Defendant filed its Motion to Dismiss on November 19, 2020 [DE 49], along with an unopposed motion to exceed page limitations and file a brief of up to 22 pages. [DE 47.] The Court granted Defendant's unopposed motion to exceed page limitations. [DE 48.]

2.      Under this Court's Practice Standards, Plaintiffs' response brief is limited to 20 pages. RM Civil Practice Standards at IV.C.1.

3.      Plaintiffs respectfully seek an additional 5 pages for their response brief. The additional space is necessary in light of the number and complexity of the issues raised in Defendant's Motion to Dismiss [DE 49].

4.      Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for

Defendant and Defendant does not oppose the relief requested herein.

5.      Accordingly, Plaintiffs request that this Court grant their Motion and enter an order permitting Plaintiffs to file a response brief of up to 25 pages.

Respectfully submitted this 3rd day of December, 2020.

*s/ Galen Leigh Sherwin*
Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-519-7819
Email: gsherwin@aclu.org

Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Telephone: 303-777-5482
Email: sneel@aclu-co.org

*Attorneys for Plaintiffs*

*s/ Jayme Jonat*
Jayme Jonat
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Telephone: 646-837-5151
Email: jjonat@hsgllp.com