# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

This matter comes before the Court on Plaintiffs' Motion to Exceed Page Limitations. The Court, having reviewed the Motion, and being duly advised in the premises, finds good cause shown for granting the Motion.

Therefore, it is hereby ORDERED that Plaintiffs are permitted to file their Response to Defendant's Motion to Dismiss in excess of this Court's twenty (20) page limitation such that Plaintiffs have up to and including twenty-five (25) pages for their Response to Defendant's Motion to Dismiss.

SO ORDERED this ___ day of December 2020.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE
                                                  RAYMOND P. MOORE