IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MELISSA HODGKINS, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 1:19-cv-03469-RM-MEH

**DECLARATION OF JAYME JONAT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Jayme Jonat, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner of the law firm Holwell Shuster & Goldberg LLP, attorneys for Plaintiffs. I submit this declaration in support of Plaintiffs' opposition to Defendant's motion to dismiss.

2. On December 18, 2020, Plaintiffs' counsel requested a Notice of Right to Sue from the Colorado Civil Rights Division for each of the Named Plaintiffs.

3. On December 23, 2020, the Colorado Civil Rights Division issued a Notice of Right to Sue for each of the Named Plaintiffs.

4. Attached as Exhibit A are true and correct copies of the Notices of Right to Sue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2020, in New York, New York.

                                                                          */s/ Jayme Jonat*

                                                                             Jayme Jonat