# EXHIBIT A



**Colorado Department of Regulatory Agencies**
Colorado Civil Rights Division
1560 Broadway Street, Suite 825
Denver, CO 80202

Melissa Hodgkins
℅ ACLU
125 Broad St
New York, NY 10004

℅ Towards Justice
2840 Fairfax St Suite 220
Denver, CO 80207

℅ Holwell, Shuster and Goldberg, LLP
425 Lexington Avenue
New York, NY 10017

gsherwin@aclu.org
ABandler@aclu.org
jjonat@hsgllp.com
juno@towardsjustice.org

Re:  Hodgkins vs. Frontier Airlines

## NOTICE OF RIGHT TO SUE

Dear Ms. Hodgkins:

A Notice of Right to Sue was issued by the Equal Employment Opportunity Commission (EEOC) on December 11, 2019, with regard to the above-referenced matter (EEOC #541-2018-00056). The EEOC and the Colorado Civil Rights Division (CCRD) operate pursuant to a work sharing agreement, in which both agencies retain jurisdiction, but only one conducts the initial processing of the charge of discrimination (COD).  As such, this serves as notification that the CCRD has similarly concluded the processing of your COD.  If you wish to file a civil action in a court of competent jurisdiction, based upon the allegations in your COD, you must do so within 90 days of the date of this notification.

On Behalf of the Colorado Civil Rights Division

/s/Traci M Green                                                             12/23/2020
Aubrey Elenis, Director                                                   Date
Or Authorized Designee

1

c: Frontier Airlines Danielle Kitson and Stephen Baumann at Littler Mendelson, dkitson@littler.com and sbaumann@littler.com.

2



1560 Broadway Street, Suite 825
Denver, CO  80202

Heather Crowe
℅ ACLU
125 Broad St
New York, NY 10004

℅ Towards Justice
2840 Fairfax St Suite 220
Denver, CO 80207

℅ Holwell, Shuster and Goldberg, LLP
425 Lexington Avenue
New York, NY 10017

gsherwin@aclu.org
ABandler@aclu.org
jjonat@hsgllp.com
juno@towardsjustice.org

Re:  Crowe vs. Frontier Airlines

## NOTICE OF RIGHT TO SUE

Dear Ms. Crowe:

A Notice of Right to Sue was issued by the Equal Employment Opportunity Commission (EEOC) on December 11, 2019, with regard to the above-referenced matter (EEOC #541-2018-02436C).  The EEOC and the Colorado Civil Rights Division (CCRD) operate pursuant to a work sharing agreement, in which both agencies retain jurisdiction, but only one conducts the initial processing of the charge of discrimination (COD).  As such, this serves as notification that the CCRD has similarly concluded the processing of your COD.  If you wish to file a civil action in a court of competent jurisdiction, based upon the allegations in your COD, you must do so within 90 days of the date of this notification.

On Behalf of the Colorado Civil Rights Division

/s/Traci M Green                                          12/23/2020
Aubrey Elenis, Director                              Date
Or Authorized Designee

1

c:   Frontier Airlines Danielle Kitson and Stephen Baumann at Littler Mendelson, , dkitson@littler.com and sbaumann@littler.com.



**Colorado Department of Regulatory Agencies**
Colorado Civil Rights Division
1560 Broadway Street, Suite 825
Denver, CO  80202

Stacy Rewitzer
℅ ACLU
125 Broad St
New York, NY 10004

℅ Towards Justice
2840 Fairfax St Suite 220
Denver, CO 80207

℅ Holwell, Shuster and Goldberg, LLP
425 Lexington Avenue
New York, NY 10017

gsherwin@aclu.org
ABandler@aclu.org
jjonat@hsgllp.com
juno@towardsjustice.org

Re:  Rewitzer vs. Frontier Airlines

## NOTICE OF RIGHT TO SUE

Dear Ms. Rewitzer:

A Notice of Right to Sue was issued by the Equal Employment Opportunity Commission (EEOC) on December 11, 2019, with regard to the above-referenced matter (EEOC #541-2017-01430). The EEOC and the Colorado Civil Rights Division (CCRD) operate pursuant to a work sharing agreement, in which both agencies retain jurisdiction, but only one conducts the initial processing of the charge of discrimination (COD).  As such, this serves as notification that the CCRD has similarly concluded the processing of your COD.  If you wish to file a civil action in a court of competent jurisdiction, based upon the allegations in your COD, you must do so within 90 days of the date of this notification.

On Behalf of the Colorado Civil Rights Division

/s/Traci M Green                                        12/23/2020
Aubrey Elenis, Director                              Date
Or Authorized Designee

1

c:   Frontier Airlines Danielle Kitson and Stephen Baumann at Littler Mendelson, , dkitson@littler.com and sbaumann@littler.com.

2



**Department of Regulatory Agencies**
Colorado Civil Rights Division
1560 Broadway Street, Suite 825
Denver, CO 80202

Renee Schwartzkopf
℅ ACLU
125 Broad St
New York, NY 10004

℅ Towards Justice
2840 Fairfax St Suite 220
Denver, CO 80207

℅ Holwell, Shuster and Goldberg, LLP
425 Lexington Avenue
New York, NY 10017

gsherwin@aclu.org
ABandler@aclu.org
jjonat@hsgllp.com
juno@towardsjustice.org

Re:  Schwartzkopf vs. Frontier Airlines

## NOTICE OF RIGHT TO SUE

Dear Ms. Schwartzkopf:

A Notice of Right to Sue was issued by the Equal Employment Opportunity Commission (EEOC) on December 11, 2019, with regard to the above-referenced matter (EEOC #541-2018-00055). The EEOC and the Colorado Civil Rights Division (CCRD) operate pursuant to a work sharing agreement, in which both agencies retain jurisdiction, but only one conducts the initial processing of the charge of discrimination (COD).  As such, this serves as notification that the CCRD has similarly concluded the processing of your COD.  If you wish to file a civil action in a court of competent jurisdiction, based upon the allegations in your COD, you must do so within 90 days of the date of this notification.

On Behalf of the Colorado Civil Rights Division

/s/Traci M Green                                             12/23/2020
Aubrey Elenis, Director                                  Date
Or Authorized Designee

1

c:   Frontier Airlines Danielle Kitson and Stephen Baumann at Littler Mendelson, dkitson@littler.com and sbaumann@littler.com.

2