IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ENTRY OF APPEARANCE

Please take notice that Carolyn B. Theis, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc.  Ms. Theis certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 21st day of January, 2021.

    */s/ Carolyn B. Theis*
    Carolyn B. Theis
    Littler Mendelson P.C.
    1900 Sixteenth Street, Suite 800
    Denver, CO  80202
    Telephone: 303.629.6200
    Facsimile:  303.629.0200
    Email: catheis@littler.com

    *Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY  10004
gsherwin@aclu.org

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO  80203
msilverstein@aclu-co.org
sneel@aclu-co.org

Jayme Jonat, Esq.
Karen Sebaski, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY  10017
jjonat@hsgllp.com
ksebaski@hsgllp.com
Vlevy@hsgllp.com

*Attorneys for Plaintiffs*

                                           *s/Joanna Fox*
                                           Joanna Fox

4847-9688-8536.1 057446.1009