IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2021.**

    The parties' Joint Motion for Protective Order ("Motion") [filed March 2, 2021; ECF 59] is **denied without prejudice**, and the proposed Protective Order is refused.

    The parties are granted leave to refile their motion and submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a ***specific*** mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388–89. For example, consistent with Fed. R. Civ. P. 26(c), since the designating party (here, the "Producing Party") has the burden of proof, it is the designating party (or "Producing Party") that must present the matter to the Court. *See* Proposed Order ¶ 14. *Gillard*'s mechanism may be modified to align with the Court's practice standard regarding discovery disputes. *See* Practice Standards § III.C.

    Finally, if the parties refile the Motion in accordance with this Order, they shall provide the Court with a copy of the proposed protective order in editable format (*i.e.*, Word) by emailing it to hegarty_chambers@cod.uscourts.gov.