IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-3469-MEH | Date:  March 9, 2021 |
| Courtroom Deputy: Christopher Thompson | FTR:  A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| MELISSA HODGKINS, et al., | Galen Sherwin |
| | Juno Turner |
| | Karen Sebaski |
| | Sara Neel |
| Plaintiff, | |
| v. | |
| FRONTIER AIRLINES, INC., | Danielle Kitson |
| | Stephen Baumann |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**   **11:06 a.m.**

Court calls case.  Appearances of counsel phone.

Discussion held regarding the current status of the case and the parties notify the court of their continued talks pertaining to settlement.  The Court notifies the parties it will be granting the [ECF 62] *Joint Motion for Protective Order* by separate Order.

**Court in recess:**   **11:10 p.m.**   Hearing concluded.
Total in-court time:   00:04

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.