IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2021.**

    Before the Court is the parties' Renewed Joint Motion Protective Order ("Motion") [filed March 8, 2021; ECF 62] and the proposed protective order.  For good cause shown, the Motion is **granted,** and the proposed order is issued contemporaneously with this minute order.