# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## JOINT MOTION TO AMEND THE SCHEDULING ORDER
## AND EXTEND CASE MANAGEMENT DEADLINES

The parties, by their respective attorneys, submit this Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines and state as follows:

### CERTIFICATE OF COMPLIANCE

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate.

### ARGUMENT

1. The parties previously submitted a proposed Scheduling Order on October 29, 2020 [ECF No. 42]. On November 5, 2020, the parties appeared at a Scheduling Conference and discussed with the Court a discovery period with multiple phases; the parties agreed to confer on a Joint Proposed Scheduling Order to include changes discussed on the record [ECF No. 44].

2. On November 9, 2021, the parties submitted a Joint Proposed Scheduling Order [ECF No. 45], which the Court entered on November 16, 2020 [ECF No. 46].

3. Subsequent to the entry of that Scheduling Order, Defendant filed a Motion to Dismiss on November 19, 2020 [ECF No. 49].

4. Defendant's Motion to Dismiss has been fully briefed [ECF No. 54; ECF No. 57] and remains pending.

5. The parties have worked diligently to comply with the current Scheduling Order and meet the upcoming deadlines. The parties have exchanged initial disclosures, propounded initial requests for written discovery, served each other with their responses and objections, and met and held two "meet and confer" conferences regarding their respective positions, and have each made an initial production of documents. The parties also are in the process of agreeing on the terms of an ESI protocol and have begun discussions regarding setting a schedule for upcoming depositions of fact witnesses.

6. The parties have submitted, and the Court has entered, a Protective Order in this case [ECF No. 62; ECF. No. 66].

7. The parties convened for a status conference before the Court on March 9, 2021. At that conference, they advised the Court that they planned to submit a revised Scheduling Order because, despite their best efforts, and for the reasons explained in the paragraphs below, the parties agree that current circumstances will make it impossible for them to meet the upcoming deadlines as currently set.

8. Accordingly, the parties respectfully request that the Court grant this Motion for good cause shown and extend the deadlines as requested below.

9. First, the current expert disclosure deadline is set for March 26. This date is *prior* to the close of fact discovery. The proposed amended scheduling order would have the expert disclosure deadline fall *after* the close of fact discovery in order to permit the parties' experts sufficient time to conduct the necessary analysis based on the documents and deposition testimony adduced.

10. Second, the parties seek at least one month after the close of expert discovery to submit dispositive motions and motions for class certification, which the proposed amended scheduling order contemplates.

11. Finally, given the general scope of discovery in this case, it has become apparent to the parties that they need more time than that initially set by the scheduling order to conduct fact discovery. The parties are already working diligently to move forward with discovery, and the adjusted schedule would still keep the parties on track to complete discovery within a reasonable timeframe.

12. There is therefore good cause for the Court to enter the Proposed Amended Scheduling Order.

13. As set forth in the accompanying Proposed Order, the parties request that case deadlines be extended as follows:

| Deadline | (Current) Scheduling Order [ECF No. 46] | (Proposed) Amended Scheduling Order |
| --- | --- | --- |
| *Written Discovery (Phase One)* | March 16, 2021 | August 13, 2021 |
| *Parties to Exchange Proposals Regarding Scope of Discovery* | N/A | March 24, 2021 |
| *Parties to Meet and Confer Regarding Scope of Discovery* | N/A | April 2, 2021 |
| *Submit to the Court Any Issues of Impasse* | N/A | April 16, 2021 |
| *Parties to Substantially Complete Production; Supplement Discovery Responses* | N/A | May 28, 2021 |
| *Written Discovery (Phase Two)* | 45 days prior to the Phase Two Discovery cut-off. | Unchanged |
| *Expert Witness Disclosures* | March 26, 2021 | October 27, 2021 |

| *Rebuttal Expert Disclosure Deadline* | April 30, 2021 | November 29, 2021 |
|---|---|---|
| *Phase One Discovery Cut-off* | April 30, 2021 | September 27, 2021 (Fact) / December 29, 2021 (Expert) |
| *Motions for class certification* | May 28, 2021 | January 28, 2022 |
| *Dispositive Motions (Named Plaintiffs)* | May 28, 2021 | January 28, 2022 |
| *Opening of Phase Two Discovery* | Upon the Court's ruling on Plaintiffs' motion for class certification | Unchanged |
| *Phase Two Discovery Cut-off* | Six months after the Court's ruling on class certification, including any appeals | Unchanged |
| *Dispositive Motions (Absent Class Members)* | Within 30 days following the close of Phase Two Discovery | Unchanged |

14. No party will be prejudiced by the entry of the Amended Scheduling Order, and all parties have stipulated to the requested relief.

## **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and enter the Amended Scheduling Order.

| | |
|---|---|
| Respectfully submitted, | Dated this 19th day of March, 2021. |
| *s/ Karen Sebaski* | *s/ Danielle Kitson* |
| Jayme Jonat | Erin A. Webber |
| Karen A. Sebaski | Danielle L. Kitson |
| Vincent Gregory Levy | Stephen E. Baumann II |
| Holwell Shuster & Goldberg LLP | 1900 Sixteenth Street, Suite 800 |
| 425 Lexington Avenue, 14th Floor | Denver, CO 80202 |
| New York, NY 10017 | Telephone: 303.629.6200 |
| 646-837-5151 | Facsimile:  303.629.0200 |
| | |
| Galen Leigh Sherwin | *Attorneys for Defendant* |
| ACLU Women's Rights Project | *Frontier Airlines, Inc.* |
| 125 Broad Street, 18th Floor | |
| New York, NY 10004 | |
| 212-519-7819 | |

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Juno Turner
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80219
Phone: 720-239-2060

*Attorneys for Plaintiffs*