IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2021.**

    For good cause shown, the parties' "Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines" [filed March 19, 2021; ECF 69] is **granted.** The parties' proposed Amended Scheduling Order is issued contemporaneously with this minute order.