IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-3469-RM-MEH | Date: | May 3, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                             *Counsel:*

MELISSA HODGKINS, et al.,                Sara Neel
                                                              Karen Sebaski (by phone)
                                                              Juno Turner (by phone)
                                                              Galen Sherwin (by phone)

   Plaintiff,

v.

FRONTIER AIRLINES, INC.,                  Stephen Baumann

   Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**  10:59 a.m.

Court calls case. Appearances of counsel.

Discussion held regarding the Defendant's discovery disputes pertaining to E.S.I protocols searching the Plaintiffs' social media accounts and document requests related to the Plaintiffs' medical and financial records, with the Court's rulings made on the record.

Discussion held regarding the Plaintiff's discovery disputes pertaining to their requests for comparator information, policies, and related documents, with the Court's rulings made on the record.

**Court in recess:**  12:28 p.m.   Hearing concluded.
Total in-court time:  01:29

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.