IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, STACY REWITZER, RENEE SCHWARTZKOPF, and HEATHER CROWE, on behalf of themselves, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs: Melissa Hodgkins, Stacy Rewitzer, Renee Schwartzkopf, and Heather Crowe.

DATED at New York, New York this 14th day of May, 2021.

    /s/ Vincent Levy
Name of Attorney

Holwell Shuster & Goldberg LLP
Firm Name
425 Lexington Avenue, 14th Floor
Office Address
New York, NY 10017
City, State, ZIP Code
646-837-5151
Telephone Number
vlevy@hsgllp.com
Primary CM/ECF E-mail Address

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, who are all registered CM/ECF users

                                              *s/*   Vincent Levy