IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.

        Defendant.

---

## RE-ENTRY OF APPEARANCE OF DANIELLE L. KITSON

Pursuant to the Advisory Notice at ECF No. 78, please take notice that Danielle L. Kitson, of the law firm of Littler Mendelson, P.C., re-enters her appearance as counsel for Defendant Frontier Airlines, Inc in this matter.  Ms. Kitson certifies that she has re-established her status as a member in good standing of the bar of this Court.

Dated this 17th day of May, 2021.

        Respectfully submitted,

        *s/Danielle L. Kitson*
        Danielle L. Kitson
        1900 Sixteenth Street, Suite 800
        Denver, CO  80202
        Telephone: 303.629.6200
        Facsimile:  303.629.0200
        dkitson@littler.com

        *Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2021, I electronically filed and served the foregoing **RE-ENTRY OF APPEARANCE OF DANIELLE L. KITSON** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
gsherwin@aclu.org

*Attorneys for Plaintiffs*

Jayme Jonat, Esq.
Lani A. Perlman, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
jjonat@hsgllp.com
lperlman@hsgllp.com
Vlevy@hsgllp.com

*Attorneys for Plaintiffs*

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
sneel@aclu-co.org

*Attorneys for Plaintiffs*

Juno E. Turner, Esq.
Towards Justice – Denver
1410 High Street, Suite 300
Denver, CO 80218
juno@towardsjustice.org

*Attorney for Plaintiffs*

s/Arlene Aguilar
Arlene Aguilar