IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2021.**

    This matter comes before the Court pursuant to Plaintiffs' Counsel's (Galen Sherwin) request to appear at the upcoming Discovery Conference remotely. This Court's June 14, 2021 order (ECF 81) permits any counsel or litigant "whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance" to appear by telephone. Because Ms. Sherwin is located in New York, the Court grants her request to appear remotely. However, given the nature of the Discovery Conference, the Court would prefer her appearance by video as opposed to by telephone. Therefore, Ms. Sherwin may appear at the Conference using the instructions attached to this minute order as an exhibit.