IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 17, 2021.**

    This matter comes before the Court pursuant to Plaintiffs' Counsel's (Karen Sebaski and Juno Turner) request to appear at the upcoming Discovery Conference remotely. The Court grants this request. Ms. Sebaski and Ms. Turner shall be permitted to attend the Conference by video. To do so, they may utilize the instructions found at ECF 82-1.