IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:  19-cv-3469-RM-MEH | Date:  June 21, 2021 |
| Courtroom Deputy:  Christopher Thompson | FTR:  Courtroom A 501* |

| *Parties:* | *Counsel:* |
|---|---|
| MELISSA HODGKINS, et al., | Juno Turner (by video) |
| | Galen Sherwin (by video) |
| | Karen Sebaski (by phone) |
| Plaintiff, | |
| v. | |
| FRONTIER AIRLINES, INC., | Danielle Kitson |
| Defendant. | |

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**   3:33 p.m.

Court calls case.  Appearances of counsel.

Discussion held regarding the parties' discovery disputes related to the Plaintiff's discovery requests related to comparator information from the Defendant with the Court's rulings made on the record.

**ORDERED:**  Discovery Conference set for **July 6, 2021 at 10:00 a.m.** before Untied States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse.  Parties wanting to appear by video may do so by following the instructions attached to this entry.

**Court in recess:**   4:27 p.m.   Hearing concluded.
Total in-court time:  00:54

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.