**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.,

Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

Pursuant Federal Rule of Civil Procedure 6 and D.C.COLO.L.CivR 6.1, Defendant Frontier Airlines, Inc. ("Defendant") respectfully submits this unopposed motion for a three-week extension of time up to and including August 18, 2021, to file its response to Plaintiffs' Complaint [ECF #1]. In support of this Motion, Defendant states as follows:

1. On December 10, 2019, Plaintiffs filed their Complaint [ECF #1] with this Court.

2. On February 3, 2020, the parties jointly requested that the Court extend certain deadlines, including Defendant's deadline to respond to Plaintiffs' Complaint, while the parties explored alternative dispute resolution. *See* ECF #21. This Court granted the parties' Joint Motion, giving Defendant up to and including March 11, 2020 to file its responsive pleading. *See* ECF #23.

3. On March 9, 2020, the parties jointly requested that the Court schedule a Settlement Conference and stay all pending deadlines, including Defendant's deadline to respond to Plaintiffs' Complaint, until and unless the parties failed to reach a resolution during the Settlement Conference. *See* ECF #27. The Court granted the Motion. *See* ECF #29.

4. In an attempt to resolve this litigation, the parties participated in Settlement Conferences on May 14, 2020, June 4, 2020, July 21, 2020, and September 24, 2020. *See* ECF #26, #31, #36, #37, #38. The parties, however, were unable to reach a mutually acceptable resolution.

5. On November 16, 2020, the Court entered a Scheduling Order, requiring Defendant to answer or otherwise respond to Plaintiffs' Complaint on or before November 19, 2020. *See* ECF #46.

6. On November 19, 2020, Defendant timely filed a Motion to Dismiss Plaintiffs' Complaint [ECF #49].

7. Shortly thereafter, the parties jointly requested additional time to file their response and reply briefs to Defendant's Motion to Dismiss, which this Court granted, extending the parties' respective deadlines by two weeks. *See* ECF #50 & #52.

8. Plaintiffs filed their Response in Opposition to Defendant's Motion to Dismiss on December 23, 2020 [ECF #54] and Defendant filed its Reply in Support of its Motion to Dismiss on January 21, 2021 [ECF #57].

9. On July 14, 2021, this Court denied Defendant's Motion to Dismiss. *See* ECF #87.

10. Accordingly, Defendant has up to and including July 28, 2021 to file its Answer to Plaintiffs' Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

11. Due to the sheer volume of Plaintiffs' Complaint, which totals 301 separately numbered paragraphs and 67 pages and alleges 17 causes of action, Defendant needs additional time to conduct the reasonable inquiry necessary to prepare its Answer.

12. In addition, defense counsel's ability to adequately respond to Plaintiffs' voluminous Complaint without additional time is further compromised by scheduling issues and the press of other business, including depositions and court appearances for other matters.

13. For these reasons, Defendant respectfully requests a three-week extension of time up to and including August 18, 2021 to file its Answer to Plaintiffs' Complaint.

14. Defendant's deadline to respond to Plaintiffs' Complaint was previously extended pending the parties' attempt to reach a mutually acceptable resolution. *See* ¶¶ 2-4 *supra.*

15. This is the first request for an extension to respond to Plaintiffs' Complaint since the conclusion of the parties' four Settlement Conferences.

16. The extension requested will not prejudice any party and will not cause any undue delay of the proceedings.

7. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is being served on Defendant.

WHEREFORE, Defendant Frontier Airlines, Inc. respectfully requests an extension of time through and including August 18, 2021 to respond to Plaintiffs' Complaint.

Respectfully submitted this 27th day of July, 2021.

*/s/ Danielle L. Kitson*
Erin Ashley Webber
Danielle L. Kitson
Stephen E. Baumann, II
Carolyn B. Theis
Littler Mendelson P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: ewebber@littler.com
dkitson@littler.com

sbaumann@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2021, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
gsherwin@aclu.org

Juno E. Turner
Towards Justice-Denver
P.O. Box 371680
PMB 44465
Denver, CO 80237
juno@towardsjustice.org

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
sneel@aclu-co.org

Jayme Jonat, Esq.
Karen Sebaski, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
jjonat@hsgllp.com
ksebaski@hsgllp.com
Vlevy@hsgllp.com

*Attorneys for Plaintiffs*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary