IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2021.**

    At the parties' emailed request, the Court will hold a Discovery Conference on **September 16, 2021** at **11:15 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Litigants and counsel whose offices are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance may appear remotely. Please contact Chambers at (303) 844-4507 two business days beforehand to make arrangements.

    In advance of the conference, the parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted by **September 14, 2021**.