IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2021.**

    On September 3, 2021, the Court, at the parties' request, set a discovery conference for September 16, 2021. ECF 91. As part of that order, the Court indicated that "[l]itigants and counsel whose offices are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance may appear remotely." *Id.* For those who meet that criteria, appearance at the conference may be made by video teleconference using the instructions attached to this Minute Order as an exhibit.