# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

## JOINT MOTION TO AMEND THE SCHEDULING ORDER
## AND EXTEND CASE MANAGEMENT DEADLINES

---

The parties, by their respective attorneys, submit this Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines and state as follows:

### **CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate.

### **ARGUMENT**

1. The parties previously submitted a proposed Scheduling Order on October 29, 2020 [ECF No. 42]. On November 5, 2020, the parties appeared at a Scheduling Conference and discussed with the Court a discovery period with multiple phases; the parties agreed to confer on a Joint Proposed Scheduling Order to include changes discussed on the record [ECF No. 44].

2. On November 9, 2021, the parties submitted a Joint Proposed Scheduling Order [ECF No. 45], which the Court entered on November 16, 2020 [ECF No. 46].

3. Subsequent to the entry of that Scheduling Order, Defendant filed a Motion to Dismiss on November 19, 2020 [ECF No. 49]. On July 14, 2021, the Court denied Defendant's Motion to Dismiss [ECF No. 87].

4. The parties submitted an Amended Scheduling Order on March 19, 2021 [ECF No. 69], which the Court entered on March 26, 2021 [ECF No. 71].

5. The parties have submitted, and the Court has entered, a Protective Order in this case [ECF No. 62; ECF. No. 66].

6. The parties have continued to work diligently to comply with the current Scheduling Order and meet the upcoming deadlines. The parties have exchanged initial disclosures, propounded requests for written discovery, served each other with their responses and objections, made initial productions of documents, and held numerous "meet and confer" conferences regarding their respective positions. On May 3, 2021 and June 21, 2021, the parties held Discovery Conferences before Magistrate Judge Hegarty [ECF Nos. 75 and 84]. Thereafter the parties continued to meet and confer regarding the burden and scope of comparator data, and adjourned an additional Discovery Conference scheduled for July 13, 2021 as they continued to confer meaningfully on that issue [see ECF No. 86]. The parties also have continued to negotiate the terms of an ESI protocol and have begun discussions regarding setting a schedule for upcoming depositions of fact witnesses.

7. Unfortunately, the parties now have reached impasse regarding comparator data, and Plaintiffs anticipate seeking leave to file a motion to compel as soon as possible. Therefore, despite their best efforts, the parties agree that current circumstances will make it impossible for them to meet the upcoming deadlines as currently set. Accordingly, the parties respectfully request that this Court grant this Motion for good cause shown and extend the deadlines as requested below. The proposed schedule accommodates the likely motion practice by keying subsequent deadlines to the resolution of Plaintiffs' forthcoming motion to compel.

8.      As set forth in the accompanying Proposed Order, the parties request that case deadlines be extended as follows:

| Deadline | (Current) Scheduling Order [ECF No. 72] | (Proposed) Amended Scheduling Order |
|---|---|---|
| *Written Discovery (Phase One)* | August 13, 2021 | 45 days before the Phase One Fact Discovery Cutoff |
| *Parties to Substantially Complete Production* | May 28, 2021 | September 27, 2021 or 60 days after Court's decision on Motion to Compel, whichever is later |
| *Written Discovery (Phase Two)* | 45 days prior to the Phase Two Discovery cut-off. | Unchanged |
| *Expert Witness Disclosures* | October 27, 2021 | 30 days after Phase One Fact Discovery Cutoff |
| *Rebuttal Expert Disclosure Deadline* | November 29, 2021 | 30 days after Expert Witness Disclosures |
| *Phase One Discovery Cut-off* | September 27, 2021 (Fact) / December 29, 2021 (Expert) | November 24, 2021 or 60 days after substantial completion, whichever is later (Fact) / January 24, 2022 or 60 days after Phase One Fact Discovery Cut-off, whichever is later (Expert) |
| *Motions for class certification* | January 28, 2022 | February 23, 2022 or 30 days after Phase One Expert Discovery Cut-off, whichever is later |
| *Dispositive Motions (Named Plaintiffs)* | January 28, 2022 | February 23, 2022 or 30 days after Phase One Expert Discovery Cut-off, whichever is later |
| *Opening of Phase Two Discovery* | Upon the Court's ruling on Plaintiffs' motion for class certification | Unchanged |
| *Phase Two Discovery Cut-off* | Six months after the Court's ruling on class certification, including any appeals | Unchanged |
| *Dispositive Motions (Absent Class Members)* | Within 30 days following the close of Phase Two Discovery | Unchanged |

9. No party will be prejudiced by the entry of the Amended Scheduling Order, and all parties have stipulated to the requested relief.

## **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and enter the Amended Scheduling Order.

Respectfully submitted,

*s/ Karen Sebaski*
Jayme Jonat
Karen A. Sebaski
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Juno Turner
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80219
Phone: 720-239-2060

*Attorneys for Plaintiffs*

Dated this 14th day of September, 2021.

*s/ Danielle Kitson*
Erin A. Webber
Danielle L. Kitson
Stephen E. Baumann II
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200

*Attorneys for Defendant*
*Frontier Airlines, Inc.*