IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-03469-RM-MEH | Date: | September 16, 2021 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

MELISSA HODGKINS,  Galen Sherwin (by VTC)
STACY REWITZER,  Juno Turner (by VTC)
RENEE SCHWARTZKOPF, and  Sara Neel
HEATHER CROWE, on behalf of themselves,
individually, and on behalf of all others similarly
situated,

   Plaintiffs,

v.

FRONTIER AIRLINES, INC.,  Danielle Kitson

   Defendant.

**COURTROOM MINUTES
DISCOVERY CONFERENCE**

**Court in session:**   11:25 a.m.

Discussion regarding discovery issue with respect to comparative data.  Ms. Neel states the parties wish to brief the issue.

There is a pending motion to consolidate in 19-cv-03468-CMA-SKC.

**ORDERED:**   Plaintiffs are permitted to file its motion regarding comparative data, as discussed, on or before September 24, 2021.  A response shall be filed on or before October 1, 2021.  A reply, if any, shall be filed on or before October 8, 2021.

Ms. Neel states there hasn't been any settlement discussions.

**Court in recess:**   11:35 a.m.

Hearing concluded.
Total in-court time:   00:10

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.