IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2021.**

    For good cause shown, the parties' "Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines" [filed September 14, 2021; ECF 93] is **granted**. The Court issues the parties' proposed Amended Scheduling Order contemporaneously with this Minute Order.