UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Melissa Hodgkins, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Frontier Airlines, Inc. <br><br> Defendant. | Case No. 1:19-cv-03469-RM-MEH |

## DECLARATION OF KAREN SEBASKI
## IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I, Karen Sebaski, declare as follows:

1. I am counsel at the law firm of Holwell Shuster & Goldberg LLP, counsel for Plaintiffs in the above-captioned matter. I am licensed to practice law in the State of New York and am admitted to the District of Colorado *pro hac vice*. I am familiar with the facts and context of this case owing to my involvement in it. I make this declaration of my own personal knowledge.

2. I submit this declaration in support of Plaintiffs' Motion to Compel Comparator Data from Defendant Frontier Airlines, Inc. ("Frontier").

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' First Set of Interrogatories to Frontier, dated December 16, 2020.

4. Attached as Exhibit B is a true and correct copy of Plaintiffs' First Set of Document Requests to Frontier, dated December 16, 2020.

5. Attached as Exhibit C is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Frontier, dated August 2, 2021.

6. Attached as Exhibit D is a true and correct copy of Plaintiffs' Second Set of Document Requests to Frontier, dated August 2, 2021.

1

7. Attached as Exhibit E is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories, dated January 15, 2021.

8. Attached as Exhibit F is a true and correct copy of an email from Danielle Kitson to Jayme Jonat, copying others, responding to a summary of a meet and confer held on August 12, 2021.

9. Based on conferrals with counsel for Defendant in July and August of 2021, my understanding is that Defendant maintains the following data points in an UltiPro database that is readily accessible for reporting purposes: current pay grade (or, as applicable, pay grade as of termination); date of hire; date of termination, resignation or separation; and whether separation was voluntary or involuntary.

10. As detailed in Plaintiffs' submission to the Court in advance of the discovery conference held on September 16, 2021, the parties have conferred by telephone and by email multiple times about the issue of comparator data in an attempt to resolve the dispute. However, the parties have reached an impasse, and, with the Court's permission, Plaintiffs now respectfully move this Court for an order compelling Defendant to produce the requested comparator data.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 24, 2021 at New York, New York.

/s/ *Karen Sebaski*
Karen Sebaski