**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.,

                Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

                Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 98]**

---

Defendant Frontier Airlines, Inc. ("Defendant"), by and through its undersigned counsel, files this Unopposed Motion for Extension of Time to File its Response in Opposition to Plaintiffs' Motion to Compel [ECF No. 98], respectfully requesting a one-week extension of time, up to and including October 8, 2021, in which to file its Response. In support of this Motion, Defendant states as follows.

1.      On September 16, 2021, the parties appeared before the Court to discuss outstanding discovery issues on which they had not been able to reach an agreement.

2.      At the conclusion of that hearing, the Court directed Plaintiffs to submit a motion to compel regarding the scope of comparator data to be produced by Defendant. *See* ECF No. 95.

3.      The Court ordered Plaintiffs to submit their motion to compel no later than September 24, 2021, with Defendant's opposition due within seven (7) days (October 1, 2021) and Plaintiffs' reply within seven (7) days thereafter (October 8, 2021). *See* ECF No. 95.

4.      Defendant seeks to extend these deadlines by seven (7) as follows:

**Defendant's opposition: October 8, 2021**

**Plaintiffs' reply: October 15, 2021**

5.      Despite diligent effort on the part of Defendant's counsel to meet the deadline, Defendant seeks this extension of time for good cause. Counsel for Defendant underwent a procedure requiring time-off from work for both the surgery and recovery. As a result, counsel for Defendant has had limited availability.

6.      In compliance with D.C.COLO.LCivR 7.1, counsel for Defendant certifies that they have conferred with counsel for Plaintiffs regarding the instant motion, and that, through counsel, Plaintiffs have confirmed that they do not oppose the relief sought herein.

7.      Pursuant to D.C.COLO.LCivR 6.1, counsel for Defendant certifies that Defendant has not previously sought to extend the deadline to submit its Response in Opposition to Plaintiffs' Motion to Compel [ECF #98] and that they are serving a copy of this motion on their client.

Respectfully submitted this 30th day of September, 2021.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Stephen E. Baumann
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com
        sbaumann@littler.com
        catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 30th day of September, 2021, I electronically filed and served

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**

**RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 98]**

via the CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
        jjonat@hsgllp.com

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Phone: 303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
        sneel@aclu-co.org

*Attorneys for Plaintiffs*

                                        *s/ Joanna Fox*
                                        Joanna Fox, Legal Secretary