IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03469-RM-MEH

MELISSA HODGKINS, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 98]**

---

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to File its Response in Opposition to Plaintiffs' Motion to Compel [ECF No. 98]. The Court has reviewed the Unopposed Motion. Finding good cause, the Court grants the Motion.

Therefore, IT IS ORDERED that the deadlines are extended as follows:

Defendant's opposition is due on **October 8, 2021; and**

Plaintiffs' reply is due **October 15, 2021.**

SO ORDERED this ___ day of _____, 2021.

BY THE COURT:

_____
Magistrate Judge Michael E. Hegarty