IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03469-RM-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 6, 2021.**

    For good cause shown, Defendant's "Unopposed Motion for Extension of Time to File Response in Opposition to Plaintiffs' Motion to Compel" [filed September 30, 2021; ECF 101] is **granted**. Defendant's response to the motion to compel is due on or before October 8, 2021, and Plaintiffs' reply in support of the motion is due on or before October 15, 2021.